DANIEL G. BOGDEN
United States Attorney
PATRICK WALSH
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6271

UNITED STATES DISTRICT COURT
District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>Plaintiff,            )<br>            )<br>   v.            )<br>            )<br>Demetha BROWN JACKSON            )<br>Defendant            ) | Case No. 2:10-CR-00547-RLH-PAL<br><br>PETITION FOR ACTION<br>ON CONDITIONS OF<br><u>PRETRIAL RELEASE</u> |

     Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Zack Bowen</u>, Pretrial Services Officer.  I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

     Dated this <u>5th</u> day of April, 2013.

                                                DANIEL G. BOGDEN
                                                United States Attorney


                                                By  /S/
                                                   PATRICK WALSH
                                                   Assistant U. S. Attorney

PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. DEMETHA BROWN JACKSON          Docket No. 2:10-CR-00547-RLH-PAL-5

Petition for Action on Conditions of Pretrial Release

COMES NOW ZACK BOWEN, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Demetha Brown Jackson, who was placed under pretrial release supervision by Honorable Peggy A. Leen, sitting in the Court at Las Vegas, on October 29, 2010, on her Personal Recognizance with the following conditions:

1. Pretrial Services supervision.
2. Maintain residence.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant failed to surrender to the Bureau of Prisons on April 5, 2013 as directed for service of sentence.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS, AND A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this 8th day of April 2013 and ordered filed and made a part of the records in the above case.

Honorable Roger L. Hunt
United States District Judge

I declare under penalty of perjury that the information herein is true and correct.

Executed on this 5th day of April, 2013.

Respectfully Submitted,

Zack Bowen
United States Pretrial Services Officer

Place: Las Vegas, Nevada